**FILED**

02/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0347

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0347

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MATTHEW RYAN AILER,

Defendant and Appellant.

_____

**FILED**

FEB 0 9 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to Appellant Matthew Ryan Ailer's sixth motion for extension to of time to file his opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until March 9, 2023, to file his opening brief.

DATED this 9th day of February, 2023.

For the Court,

_____
Chief Justice